Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Madeline A. Woodall (State Bar No. 351664)
2025-02-20@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Applicant HMD Global Oy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. **RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OF HMD GLOBAL OY** |

Under Civil Local Rule 3-15, the undersigned certifies that there is no conflict or interest other than the named parties to report.

Date: February 20, 2025

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Madeline A. Woodall (State Bar No. 351664)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
2025-02-20@cases.warrenlex.com

*Attorneys for HMD Global Oy*

Case No. _____

RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OF HMD GLOBAL OY