| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Warren Kash Warren LLP<br>Matthew S. Warren SBN 230565<br>2261 Market Street, No. 606<br>San Francisco, CA 94114<br>　　　　　TELEPHONE NO:　(415)895-2940　　　FAX NO *(Optional)*:<br>　　E-MAIL ADDRESS *(Optional)*:　2025-02-20@cases.warrenlex.com<br>　　　　ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Jose<br>280 S. First St. #2112<br>San Jose, CA  95113-3008 | |
| PLAINTIFF / PETITIONER:　HMD Global Oy<br>DEFENDANT / RESPONDENT:　Ex Parte | CASE NUMBER:<br>5:25-mc-80042 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>12750061 (24758445) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Ex Parte Application of HMD Global Oy for an Order Under 28 USC 1782 to Obtain Discovery for Use in Foreign Proceedings, Declaration of Andreas von Falck in Support of Ex Parte Application of HMD Global Oy for an Order Under 28 USC 1782 to Obtain Discovery for Use in Foreign Proceedings, Declaration of Matthew S. Warren in Support of Ex Parte Application of HMD Global Oy for an Order Under 28 USC 1782 to Obtain Discovery for Use in Foreign Proceedings, Exhibit A to Declaration of Matthew S. Warren in Support of Ex Parte Application of HMD Global Oy for an Order Under 28 USC 1782 to Obtain Discovery for Use in Foreign Proceedings, Proposed Order Granting Ex Parte Application of HMD Global Oy for an Order Under 28 USC 1782 to Obtain Discovery for Use in Foreign Proceedings, Civil Case Cover Sheet, Rule 7.1 Disclosure Statement of HMD Global Oy, Rule 3-15 Certification of Conflicts and Interested Entities of HMD Global Oy

2. Party Served:　　　　　　Samsung Semiconductor, Inc.

3. Person Served:　　　　　CT Corporation System

4. Date & Time of Delivery:　February 20, 2025 at 12:42 pm PST

5. Address, City and State:　330 North Brand Blvd #700 Glendale, CA, 91203

6. Manner of Service:　　　Personal Service - By personally delivering copies.

Fee for service:

Registered California process server.
Joshua May
County: Los Angeles
Registration No.: 2022270694

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Joshua May*

————————————————
Joshua May

Date: February 20, 2025