UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re 1782 Subpoena Application by HMD GLOBAL OY | Case No. 25-mc-80042 NC <br><br>**ORDER DIRECTING SERVICE OF EX PARTE APPLICATION; AND ORDERING MEET AND CONFER** |

On February 20, 2025, petitioner HMD GLOBAL OY applied ex parte seeking the issuance of document subpoenas to respondents Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. under 28 U.S.C. § 1782. HMD seeks discovery to assist in defending against three patent infringement civil cases pending against it in Munich, Germany. ECF 1. While this Court in the past routinely allowed ex parte 1782 applications, that procedure is no longer feasible following the Ninth Circuit's decision in *CPC Patent Techs. PTY Ltd. v. Apple, Inc.*, 34 F.4th 801, 807-08 (9th Cir. May 18, 2022), requiring all parties to a miscellaneous § 1782 action assigned to a magistrate judge to consent or decline the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c).

Accordingly, petitioner is ordered to serve its application materials and this order on the respondent Samsung entities by March 7, 2025. Petitioner and respondents then each

must file a consent/decline to magistrate judge jurisdiction form (attached) by March 21, 2025. The parties are ordered to meet and confer and to file a joint discovery letter brief addressing the proposed 1782 order and any requested protective order by April 4, 2025. The Court will schedule a hearing if one is needed. The application (ECF 1) remains under submission.

**IT IS SO ORDERED.**

Dated: February 21, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge