Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Madeline A. Woodall (State Bar No. 351664)
25-80042@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Applicant HMD Global Oy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF HMD GLOBAL OY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 25-mc-80042-NC <br><br> **CERTIFICATE OF SERVICE** |

I, Madeline A. Woodall, certify under 28 U.S.C. § 1746:

1.  On February 21, I served this Court's Order Directing Service of Ex Parte Application; and Ordering Meet and Confer, Docket No. 8, on all respondents to this action by First Class Mail:

    Samsung Electronics Co., Ltd.
    Samsung Electronics America, Inc.
    Samsung Semiconductor, Inc.
    c/o CT Corporation System
    330 North Brand Boulevard
    Glendale, California, 91203

by placing it in a sealed envelope addressed accordingly with postage prepaid, and placing the envelope in the exclusive custody and control of the United States Postal Service.

2.  I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2025, in San Francisco, California.

_____
Madeline A. Woodall

Case No. 25-mc-80042-NC
CERTIFICATE OF SERVICE