**BLANK ROME LLP**
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

*Attorneys for Defendants*
SAMSUNG ELECTRONICS CO. LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG SEMICONDUCTOR, INC.,


Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Madeline A. Woodall (State Bar No. 351664)
2025-02-20@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

Attorneys for Applicant HMD Global Oy

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re 1782 Subpoena Application by HMD GLOBAL OY, | Case No. 25-mc-80042 NC<br><br>**JOINT STIPULATION TO CONTINUE ALL PENDING DEADLINES PURSUANT TO LR 6-2 AND 7-12**<br><br>Complaint Filed: February 20, 2025<br><br>Trial Date: |

**JOINT STIPULATION TO CONTINUE ALL PENDING COURT DEADLINES**

Petitioner HMD Global Oy, ("HMD") and Respondents Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., (collectively, "Samsung"), by and through their respective counsel, hereby stipulate and agree, as follows:

WHEREAS, on February 20, 2025, HMD filed an *ex parte* application ("Application") with the Court for an order under 28 U.S.C. § 1782 to obtain discovery from and issue document subpoenas to Samsung for use in three patent infringement civil cases pending against HMD in Munich, Germany;

WHEREAS, on February 21, 2025, the Court ordered ("Order") HMD to serve its Application on Samsung by March 7, 2025, ordered the parties to each file a consent/decline to magistrate judge jurisdiction form by March 21, 2025, and ordered the parties to meet and confer and file a joint discovery letter brief addressing the proposed 1782 order and any requested protective order by April 4, 2025 [ECF No. 8];

WHEREAS, HMD served the Application on Samsung on February 20, 2025, and served the Order on the Samsung on February 21, 2025;

WHEREAS, HMD filed its consent to magistrate judge jurisdiction on February 24, 2025;

WHEREAS, counsel for HMD and Samsung are currently meeting and conferring regarding the Court's Order and potential resolution of the Application;

WHEREAS, to allow the parties time to consider a resolution short of submitting a joint discovery letter brief to the Court, the parties have agreed to extend all pending Court deadlines, including the deadline for Samsung to file a consent/decline to magistrate judge jurisdiction form, by three weeks;

IT IS THEREFORE STIPULATED by and between HMD and Samsung, that the current deadlines are extended as follows:

1. Samsung's deadline to file a consent/decline to magistrate judge jurisdiction form is extended from March 21, 2025 up through and including April 11, 2025; and

2. The parties' deadline to file a joint discovery letter brief addressing the proposed 1782 order and any requested protective order is extended from April 4, 2025 up through and including April 25, 2025.

DATED: March 19, 2025         BLANK ROME LLP

                              By: /s/ Cheryl S. Chang
                                      Cheryl S. Chang
                              Attorneys for Respondents
                              SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.


DATED: March 19, 2025         WARREN KASH WARREN LLP

                              By: /s/ Matthew S. Warren
                                      Matthew S. Warren
                                      Erika H. Warrren
                                      Madeline A. Woodall
                              Attorneys for Petitioner
                              HMD Global Oy

**Attestation Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Cheryl S. Chang, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

DATED: March 19, 2025                    BLANK ROME LLP

By: /s/ Cheryl S. Chang
      Cheryl S. Chang
Attorneys for Respondent
SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that on March 19, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2025.

By: __/s/AJ Cruickshank__