**BLANK ROME LLP**
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

*Attorneys for Defendants*
SAMSUNG ELECTRONICS CO. LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG SEMICONDUCTOR, INC.,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HMD GLOBAL OY,<br><br>      Petitioner,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC.,<br><br>      Respondent. | Case No. 25-mc-80042 NC<br><br>**[PROPOSED] ORDER TO CONTINUE ALL PENDING DEADLINES PURSUANT TO LR 6-2 AND 7-12**<br><br>Complaint Filed: February 20, 2025<br><br>Trial Date: |

**[PROPOSED] ORDER**

The Court has considered the joint stipulation ("Stipulation") of Petitioner HMD Global Oy ("HMD") and Respondents Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., (collectively, "Samsung") pursuant to Civil L.R. 6-2 and 7-12 to continue all pending deadlines.

The Court, having considered the Stipulation, and good cause appearing therefore, it is hereby ORDERED as follows:

1) Samsung's deadline to file a consent/decline to magistrate judge jurisdiction form is extended from March 21, 2025 up through and including April 11, 2025; and

2) The parties' deadline to file a joint discovery letter brief addressing the proposed 1782 order and any requested protective order is extended from April 4, 2025 up through and including April 25, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge