**BLANK ROME LLP**
Cheryl S. Chang (SBN 237098)
cheryl.chang@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

*Attorneys for Defendants*
SAMSUNG ELECTRONICS CO. LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG SEMICONDUCTOR, INC.,


Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Madeline A. Woodall (State Bar No. 351664)
25-80042@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

Attorneys for Applicant HMD Global Oy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>1782 Subpoena Application by HMD GLOBAL OY, | Case No. 25-mc-80042 NC<br><br>**JOINT STIPULATION TO CONTINUE ALL PENDING DEADLINES PURSUANT TO LR 6-2 AND 7-12**<br><br>Complaint Filed: February 20, 2025<br><br>Trial Date: TBD |

**JOINT STIPULATION TO CONTINUE ALL PENDING COURT DEADLINES**

Petitioner HMD Global Oy, ("HMD") and Respondents Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., (collectively, "Samsung"), by and through their respective counsel, hereby stipulate and agree, as follows:

WHEREAS, on February 20, 2025, HMD filed an *ex parte* application ("Application") with the Court for an order under 28 U.S.C. § 1782 to obtain discovery from and issue document subpoenas to Samsung for use in three patent infringement civil cases pending against HMD in Munich, Germany;

WHEREAS, on February 21, 2025, the Court ordered ("Order") HMD to serve its Application on Samsung by March 7, 2025, ordered the parties to each file a consent/decline to magistrate judge jurisdiction form by March 21, 2025, and ordered the parties to meet and confer and file a joint discovery letter brief addressing the proposed 1782 order and any requested protective order by April 4, 2025 [ECF No. 8];

WHEREAS, HMD served the Application on Samsung on February 20, 2025, and served the Order on the Samsung on February 21, 2025;

WHEREAS, HMD filed its consent to magistrate judge jurisdiction on February 24, 2025;

WHEREAS, counsel for HMD and Samsung have been and are currently continuing to meet and confer regarding the Court's Order and potential resolution of the Application;

WHEREAS, on March 19, 2025, the parties entered into a stipulation to continue all pending deadlines to allow the parties time to consider a resolution short of submitting a joint discovery letter brief to the Court [Dkt. No. 12];

WHEREAS, on March 20, 2025, the Court granted the parties stipulation and extended Samsung's deadline to file a consent/decline to magistrate judge jurisdiction form from March 21, 2025 up through and including April 11, 2025 and extended the parties' deadline to file a joint discovery letter brief addressing the proposed 1782 order

1

**JOINT STIPULATION TO CONTINUE ALL DEADLINES**

and any requested protective order from April 4, 2025 up through and including April 25, 2025 [Dkt. No. 13];

WHEREAS, the parties continue to meet and confer on resolution of this matter and have agreed to an additional short extension of all pending Court deadlines, including the deadline for Samsung to file a consent/decline to magistrate judge jurisdiction form, by one week;

IT IS THEREFORE STIPULATED by and between HMD and Samsung, that the current deadlines are extended as follows:

1. Samsung's deadline to file a consent/decline to magistrate judge jurisdiction form is extended from April 11, 2025 up through and including April 18, 2025; and

2. The parties' deadline to file a joint discovery letter brief addressing the proposed 1782 order and any requested protective order is extended from April 25, 2025 up through and including May 2, 2025.

DATED:  April 11, 2025        BLANK ROME LLP


By: /s/ *Cheryl S. Chang*
      Cheryl S. Chang
Attorneys for Respondents
SAMSUNG ELECTRONICS CO. LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG SEMICONDUCTOR, INC.


DATED:  April 11, 2025        WARREN KASH WARREN LLP

By: /s/ *Matthew S. Warren*
      Matthew S. Warren
      Erika H. Warrren
      Madeline A. Woodall
Attorneys for Petitioner
HMD Global Oy

**Attestation Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Cheryl S. Chang, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

DATED: April 11, 2025                BLANK ROME LLP


By: */s/ Cheryl S. Chang*
     Cheryl S. Chang
Attorneys for Respondent
SAMSUNG ELECTRONICS CO. LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG SEMICONDUCTOR, INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 11, 2025.

By:   /s/AJ Cruickshank